IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DAVID J. POWELL** : | |
| : | Case No. 2:06-cv-979 |
| **Plaintiff,** : | |
| : | |
| v. : | Judge Sargus |
| : | |
| **HONDA OF AMERICA MFG., INC.** : | |
| : | Magistrate Judge King |
| **Defendant.** : | |
| : | |

**PLAINTIFF POWELL'S MOTION TO EXTEND DISCOVERY,
MODIFY CASE SCHEDULING ORDER**

Plaintiff **DAVID J. POWELL** hereby moves to extend the Discovery Deadline in this case (Doc. #16) by One Hundred Eighty (180) days.

Reasons in support are set forth in the accompanying Memorandum.

Respectfully submitted,

   /s/   Phillip L. Harmon
Phillip L. Harmon, Esq. (O.S.C.R. #0033371)
6649 N. High Street, Suite 105
Worthington, Ohio 43085
(614) 433-9502 (Office)
(614) 433-9503 (Facsimile)
E-Mail: philharmon@msn.com
Attorney for Plaintiff David J. Powell

1

## **MEMORANDUM IN SUPPORT**

**I.  Introduction:**

The Discovery Deadline in this case is Wednesday, October 24, 2007. (Doc. #16, Order, 1-24-07).

To date, Defendant Honda has submitted its First Set of Interrogatories, Request for Admissions, Request for Production of Documents.  Plaintiff Powell provided his written response, and underwent an extensive deposition by Defendant Honda on October 12, 2007.

Plaintiff Powell conducted six (6) depositions of Honda employees on October 10, 2007, and is awaiting the printing of the deposition transcripts, all of which have been ordered. Virtually all of those witnesses were deposed to establish disparate employment treatment.

Plaintiff Powell requests an extension of the Discovery Deadline by 180 days in order to serve upon Honda a post-deposition follow-up discovery request (e.g. Interrogatories, Request for Production, Request for Admissions) to obtain, *inter alia*,  copies of relevant portions of those witnesses' personal files, certified copies of the management policies to which those witnesses, including supervisory personnel, did testify, etc.

Upon receipt of those written records, Plaintiff would intend to take one to three depositions of HAM management involved in the actual decision to terminate Plaintiff's employment and depose them based on the information within the current (unprinted) employee depositions as well as the documentary information to be obtain as described above.

Before filing this Motion, Plaintiff's counsel contacted counsel for Honda.  Atty. Broz advised the undersigned that the Defendant would not consent to an extension of the Discovery Deadline.  This Motion should thus be considered "contested".

2

## II. Conclusion:

For the reasons stated above, Plaintiff David J. Powell respectfully requests the Court to issue its Order extending the Discovery Deadline (Doc. #16) by one-hundred eighty (180) days to Monday, April 21, 2008, and to adjust all other case scheduling dates as it sees fit.

Respectfully submitted,

    /s/   Phillip L. Harmon
Phillip L. Harmon, Esq. (O.S.C.R. #0033371)
6649 N. High Street, Suite 105
Worthington, Ohio 43085
(614) 433-9502 (Office)
(614) 433-9503 (Facsimile)
E-Mail: philharmon@msn.com
Attorney for Plaintiff David J. Powell

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing Motion was filed electronically on the 22nd day of October, 2007 with notice thereof served to be served on all parties named hereinbelow by operation of the Court's electronic filing system, *to wit*: **Defendant Honda Of America Mfg., Inc.,** c/o Douglas R. Matthews, Esq., VORYS, SATER, SEYMOUR and PEASE, LLP, 52 E. Gay Street, P.O. Box 1008, Columbus, Ohio 43216.

    /s/   Phillip L. Harmon
Phillip L. Harmon, Esq. (OSCR #0033371)
Attorney for Plaintiff David J. Powell

[proposed Order]

# IN THE UNITED STATED DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID J. POWELL** | : | |
| | : | **Case No. 2:06-cv-979** |
| Plaintiff, | : | |
| | : | |
| v. | : | **Judge Sargus** |
| | : | |
| **HONDA OF AMERICA MFG., INC.** | : | |
| | : | **Magistrate Judge King** |
| Defendant. | : | |
| | : | |

## ORDER GRANTING PLAINTIFF POWELL' 'S MOTION TO EXTEND DISCOVERY, MODIFY CASE SCHEDULING ORDER

For good cause shown, Plaintiff David J. Powell's Motion to Extend Discovery filed on October 22, 2007 (Doc. # ___) is hereby **GRANTED**. All of the remaining deadline dates set forth in the Scheduling Order (Doc. #16) are hereby vacated. A separate Case Scheduling Order and Notice of Final Pretrial and Trial shall be issued by the Court in due course. The matter shall remain as nominated for medication during the December, 2008 Settlement Week.

**IT IS SO ORDERED.**

_____
United States District Judge / Magistrate Judge

4